Juan Anibal AGUIRRE–AGUIRRE,
Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 96–70267.

United States Court of Appeals,
Ninth Circuit.

Filed Oct. 26, 1999

Before: PREGERSON, NOONAN, and
KLEINFELD, Circuit Judges.

ORDER

The petition for review is denied. *INS v. Aguirre–Aguirre*, 526 U.S. 415, 119 S.Ct. 1439, 143 L.Ed.2d 590 (1999).